**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **AK STEEL CORPORATION,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>)<br>**USINOR, et al.,** )<br>)<br>**Defendants.** )<br>) | Judge:  Sandra S. Beckwith<br>Magistrate:  Timothy S. Hogan<br>Case No.:  C-1-01-730<br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Plaintiff AK Steel Corporation and Defendants Usinor, Sollac S.A., Ugine S.A. (now known as UGINE & ALZ France), J&L Specialty Steel, Inc., Hague Steel Corporation, and Pascal Payet-Gaspard, having agreed to a compromise and settlement of all claims in this action, the terms of which are set forth in a separate Settlement Agreement executed by the parties, hereby stipulate and agree that this action is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  It is further stipulated and agreed that this Court shall retain jurisdiction over disputes relating to a breach of the Settlement Agreement.  This Stipulation is signed by counsel for all parties who have appeared in this action.

Each party shall bear its own costs and attorneys fees.

s/ Gregory A. Ruehlmann by s/ Benjamin C. Glassman per authorization

Gregory A. Ruehlmann (#0022385)
David A. Pepper (#0071739)
SQUIRE, SANDERS & DEMPSEY, L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH 45202
Tel. (513) 361-1200
Fax: (513) 361-1201

Edward A. Geltman
Donald T. Bucklin
James P. Wehner
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 626-6600
Fax: (202) 626-6780

Jean-Paul Lavalleye
Steven E. Lipman
OBLON, SPIVAK, McCLELLAND, MAIER
 & NEUSTADT, P.C.
1755 Jefferson Davis Highway
Arlington, VA 22202
Tel: (703) 413-3000
Fax: (703) 413-2220

*Counsel for Defendants Usinor, Sollac S.A., Ugine S.A., J&L Specialty Steel, Inc. Hague Steel Corporation, and Pascal Payet-Gaspard*

Dated: November 12, 2003

s/ Adam P. Hall

Adam P. Hall (#0042128)
Matthew C. Blickenderfer (#0073019)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45201-5715
Tel. (513) 651-6800
Fax (513) 651-6981

*Counsel for Defendant AK Steel Corporation*

Dated: November 12, 2003

**SO ORDERED**.

Date: <u>November 13, 2003</u>

s/Sandra S. Beckwith
Sandra S. Beckwith
United States District Judge